FILED

07/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0541

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0541

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BEAU AVIDIYA,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 19, 2024, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 11 2024